IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

WARD W. KENYON,

    Plaintiff,

vs().                                                                                      No. CIV- 09-1126 MV/LAM

ALAMOGORDO MUNICIPAL SCHOOL
DISTRICT NUMBER ONE, et al. aka,
ALAMOGORDO PUBLIC SCHOOL
DISTRICT, ALAMOGORDO BOARD
OF EDUCATION; DR. ALLAN RICKMAN
in his individual and official capacity as
President of the Alamogordo Board of
Education; RHONDA S. CROSS, in her
individual and official capacity as a Member
of the Alamogordo Board of Education;
MICHAEL HARRIS, in his individual and
official capacity as Superintendent of the
Alamogordo Public School District; and JUDY
JONES, in her individual and official capacity
as Director of Human Resources for the
Alamogordo Public School District,

    Defendants.

## STIPULATED ORDER

**THIS MATTER** having come before the Court on Defendants' *Motion to Stay Discovery Pending a Decision on Qualified Immunity (Doc. 24)* which is unopposed by counsel for Plaintiff, and having reviewed the Motion and being otherwise fully advised, the Court finds that the Motion is well taken and should be granted.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that discovery will be stayed pending a decision on Defendants' *Motion to Stay Discovery Pending a Decision on Qualified Immunity (Doc. 24)*.

**IT IS SO ORDERED.**

*Lourdes A. Martínez*
_____
**LOURDES A. MARTÍNEZ**
**UNITED STATES MAGISTRATE JUDGE**


Submitted by: *(Prior to modification by the Court)*

*German & Associates, LLC*


/s/ R. Michael Hughes
R. MICHAEL HUGHES
ELIZABETH L. GERMAN
Attorneys for Defendants
12836 Lomas Blvd. NE, Suite G
Albuquerque, NM 87112
(505) 292-9676


Approved as to form only:


/s/ Electronically Approved by Ms. Courvoisier 2/2/2010
Rebekah A. Scott Courvoisier
Attorney for Plaintiff
109 James Canyon Hwy., Suite 5
P.O. Box 1085
Cloudcroft, NM 88317
(575) 682-5285

2